UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHAEL G. KATZE,

        Plaintiff,

v.

ANA MARI CAUCE, et al.,

        Defendants.

C15-2035 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Having reviewed defendants' status report, docket no. 58, indicating that (i) the administrative hearing before a faculty panel has concluded, (ii) plaintiff's appeal to the President of the University of Washington remains pending, (iii) no attorney has appeared for plaintiff in this matter in the wake of prior counsel's withdrawal, and (iv) plaintiff is represented in the administrative proceedings by Colleen Kinerk of Cable, Langenbach, Kinerk & Bauer, LLP, and thus, defendants' lawyers cannot directly contact plaintiff, the Court ORDERS as follows:

    (a) This matter shall remain stayed until further order;

    (b) The deadline for plaintiff, if he wishes to be represented by counsel, to arrange for an attorney authorized to practice in this Court to file a notice of appearance is EXTENDED to July 31, 2017; *see* Minute Orders (docket nos. 55 & 57); and

MINUTE ORDER - 1

(c) The parties shall file a joint status report within fourteen (14) days after the conclusion of administrative proceedings or by August 18, 2017, whichever occurs earlier.

(2) The Clerk is DIRECTED to send a copy of this Minute Order to all counsel of record, to Colleen Kinerk of Cable, Langenbach, Kinerk & Bauer, LLP at 1000 Second Avenue Building, Suite 3500, Seattle, WA 98104, and to plaintiff Michael G. Katze at 3012 E. Yesler Way, Seattle, WA 98122.

Dated this 1st day of June, 2017.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 2