UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHAEL G. KATZE,

    Plaintiff,

v.

ANA MARI CAUCE, et al.,

    Defendants.

C15-2035 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Having reviewed defendants' status report, docket no. 60, indicating that administrative proceedings have concluded and that plaintiff's employment with the University of Washington has been terminated, the Court LIFTS the stay of this matter and returns this case to the active docket.

(2) No attorney having timely appeared on behalf of plaintiff, *see* Minute Orders (docket nos. 55, 57, & 59), plaintiff is deemed to be proceeding pro se, and counsel for defendants may communicate directly with him. Plaintiff is reminded of his obligation to keep the Court apprised of his contact information and to provide the Court with any changes of address. Plaintiff pro se is also advised that he is expected to comply with the rules and orders of this Court and that he will be held to the same standards as lawyers authorized to practice before this Court.

(3) On or before September 18, 2017, the parties shall file a **Joint** Status Report indicating whether any issues remain for the Court's determination and, if so, what dates and/or deadlines should be set for resolution of such issues. In the absence of a timely-filed **Joint** Status Report, the Court will presume that no issues remain for its determination and that this case may be dismissed.

MINUTE ORDER - 1

(4) The Clerk is directed to send a copy of this Minute Order to all counsel of record and to plaintiff pro se. The Clerk shall also send a copy of this Minute Order to Colleen Kinerk of Cable, Langenbach, Kinerk & Bauer, LLP at 1000 Second Avenue, Suite 3500, Seattle, WA 98104.

Dated this 16th day of August, 2017.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 2