# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

MICHAEL G. KATZE,

    Plaintiff,

v.

ANA MARI CAUCE, et al.,

    Defendants.

C15-2035 TSZ

MINUTE ORDER

    The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

    (1) No Joint Status Report having been timely submitted, as required by the Minute Order entered August 16, 2017, docket no. 61, the Court presumes that no issue remains for its determination, and this case is hereby DISMISSED.

    (2) The Clerk is directed to send a copy of this Minute Order to all counsel of record, to plaintiff pro se, and to Colleen Kinerk of Cable, Langenbach, Kinerk & Bauer, LLP at 1000 Second Avenue, Suite 3500, Seattle, WA 98104.

    Dated this 20th day of September, 2017.

                                             William M. McCool
                                             Clerk

                                           s/Karen Dews
                                           Deputy Clerk

MINUTE ORDER - 1